DANIEL G. BOGDEN
United States Attorney
District of Nevada

RIMANTAS A. RUKSTELE
Assistant United States Attorney
Nevada Bar No. 2088
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
Telephone: (702)388-6237
Facsimile: (702)388-6787
Email: *Ray.Rukstele@usdoj.gov*

MATTHEW S. VOSS
Special Assistant United States Attorney

Attorneys for the United States.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LAURA MARTINEZ, ) | CASE NO. 2:09-cv-01354-RLH-RJJ |
| ) Plaintiff, ) | |
| v. ) | |
| ) | **UNOPPOSED MOTION TO AMEND** |
| ERIC K. SHINSEKI, SECRETARY ) | **DISCOVERY PLAN AND** |
| DEPARTMENT OF VETERANS AFFAIRS, ) | **SCHEDULING ORDER EXTENDING** |
| ) | **DISCOVERY PERIOD** |
| Defendant. ) | |

COMES NOW Eric K. Shinseki, Secretary Department of Veterans Affairs, the Federal Defendant herein, by and through Daniel G. Bogden, United States Attorney, and Rimantas A. Rukstele, Assistant United States Attorney for the District of Nevada, and requests the instant agreed upon and Unopposed Motion to Amend Discovery Plan and Scheduling Order Extending Discovery Period be granted.  The parties request the discovery period be extended for a period of ninety days, from January 25, 2011, to April 25, 2011.

In support of the instant Unopposed Motion, the Federal Defendant submits as follows:

1. Plaintiff's Complaint involves employment discrimination and alleges retaliation and the failure to provide reasonable accommodation brought pursuant to the Rehabilitation Act.

2. Plaintiff is a resident of Las Vegas, Nevada. Her attorney, Frank DeMelfi, resides and practices in Atlanta, Georgia, with the law firm of Melville Johnson, P.C.

3. Mr. DeMelfi is in the process of leaving the law firm and will no longer be representing Plaintiff in this case. The case is expected to be assigned to Michael C. Bennett, another member of the law firm. Mr. Bennett is in the process of filing the appropriate documentation to obtain this Court's approval of representing Plaintiff in this District Court.

4. As a result, Mr. Bennett needs additional time to review an extensive administrative file, evaluate the case, and begin representing Plaintiff. The requested extension of the discovery deadline will allow Mr. Bennett to familiarize himself with the details of the case.

5. Government counsel has been consumed with a jury trial in Phoenix, has just recently returned to Las Vegas from the District of Arizona, and would also request the extension of the discovery period.

6. Government counsel has spoken to Mr. DeMelfi and to Mr. Bennett, both of whom agreed the undersigned file the instant

. . .

motion as an accommodation to Plaintiff's counsel seeking the requested extension.

    7.   This Motion is filed in good faith and not for purposes of delay.

    The Amended Discovery Plan and Scheduling Order will be as follows:

    1.   <u>Discovery Cutoff Date</u>.  April 25, 2011.

    2.   <u>Pretrial Order</u>.  The deadline for filing the Joint Pretrial Order shall be May 25, 2011, thirty (30) days after the date set for filing dispositive motions.  In the event dispositive motions are filed, however, the date for filing a Joint Pretrial Order shall be suspended until thirty (30) days after the decision regarding any dispositive motions or upon further order of the Court.

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

1  WHEREFORE, for these reasons, the Federal Defendant requests
2  the instant Unopposed Motion be granted.
3       Dated: this 15th day of December, 2010.
4                                   Respectfully submitted,
5                                   DANIEL G. BOGDEN
                                    United States Attorney
6
7                                    /s/Ray Rukstele
                                    RIMANTAS A. RUKSTELE
8                                   Assistant United States
                                       Attorney
9
10
11
                                    IT IS SO ORDERED:
12
13
                                    _____
14                                  UNITED STATES MAGISTRATE JUDGE

15                                  DATE:  DEC. 23, 2010

4