MICHAEL BENNETT, ESQ.
Geogia Bar No. 433166
MELVILLE JOHNSON, PC
22 Seventh Street, NE
Atlanta, Georgia 30308
Telephone: (404) 724 - 0000
Facsimile:   (404) 724 - 0060
mbennett@melvillejohnson.com
Attorney for Plaintiff
*Laura Martinez*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LAURA MARTINEZ,<br><br>         Plaintiff,<br><br>v.<br><br>ERIC K. SHINSEKI, SECRETARY, DEPARTMENT OF VETERANS' AFFAIRS,<br><br>         Defendant. | Case No.: 2:09-CV-01354-RLH-(RJJ)<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL AND NOTICE OF WITHDRAWAL OF FRANK DeMELFI** |

### NOTICE OF SUBSTITUTION OF COUNSEL
### AND NOTICE OF WITHDRAWAL OF FRANK DEMELFI

COMES NOW, Plaintiff's counsel of record, Melville Johnson, P.C., and hereby substitutes Michael Bennett, Esq., the undersigned, as lead counsel for Plaintiff. Counsel's contact information is as follows:

          Michael Bennett

          Georgia Bar No. 433166

          22 Seventh Street, N.E.

          Atlanta, Georgia 30308

          Tel:   (404) 724 - 0000

Fax: (404) 724 - 0040

Email: mbennett@melvillejohnson.com

The undersigned further requests that the Court withdraw Mr. Frank DeMelfi's appearance for Plaintiff, since he is no longer with the firm.

Respectfully submitted this 30th day of December, 2010.

**MELVILLE JOHNSON, P.C.**

*/s/ Michael C. Bennett*

Michael C. Bennett

Georgia Bar No. 433166

22 Seventh St., N.E.

Atlanta, Georgia 30308

(404) 724-0000 - phone

(404) 724-0040 - facsimile

mbennett@melvillejohnson.com

IT IS SO ORDERED.

*/s/ Robert J. Johnston*

UNITED STATES MAGISTRATE JUDGE

DATE: JANUARY 10, 2011

2