Jodi Donetta Lowry
Nevada State Bar No. 7798
DICKINSON WRIGHT PLLC
City Center West
7201 Lake Mead Boulevard, Suite 503
Las Vegas, Nevada 89128
Phone: (702) 541-7891
Facsimile: (702) 541-7899
Email:  JDLowry@dickinson-wright.com

Attorney for Plaintiff
*Laura Martinez*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LAURA MARTINEZ,<br><br>        Plaintiff,<br><br>v.<br><br>ERIC K. SHINSEKI, SECRETARY, DEPARTMENT OF VETERANS' AFFAIRS,<br><br>        Defendant. | Case No.: 2:09-CV-01354-RLH-RJJ<br><br>**PLAINTIFF'S NOTICE OF APPEAL** |

      Plaintiff, Ms. Laura Martinez, hereby notices her appeal to the United States Court of Appeals for the Ninth Circuit from the final Order of District Judge Roger L. Hunt (Doc. No. 58) granting Defendant's Motion for Summary Judgment, which was entered in this action on January 6, 2012.

      Respectfully submitted this sixth day of March, 2012.

                                        /s/ J.D. Lowry.
                                        Jodi Donetta Lowry
                                        Nevada State Bar No. 7798
                                        DICKINSON WRIGHT PLLC
                                        City Center West
                                        7201 Lake Mead Boulevard, Suite 503
                                        Las Vegas, Nevada 89128
                                        Phone: (702) 541-7891
                                        Facsimile: (702) 541-7899

**CERTIFICATE OF SERVICE**

I hereby certify that on the sixth day of March, 2012, I caused the foregoing Plaintiff's Notice of Appeal to be served by causing a copy of the same to be electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send an electronic mail notification of such filing to the following attorney of record:

> Patrick A. Rose, Esq.
> U.S. Attorney's Office
> 333 Las Vegas Blvd., South
> Suite 5000
> Lloyd George Federal Building
> Las Vegas, NV 89101

By:

**DICKINSON WRIGHT PLLC**

/s/ J.D. Lowry.
An employee of Dickinson Wright PLLC